Submitted August 6, affirmed September 15, 2021

## HAMID MICHAEL HEJAZI,
*Plaintiff-Appellant,*

*v.*

## STATE OF OREGON,
Lane County District Attorney,
and Lane County,
*Defendants.*

Lane County Circuit Court
20AD0013; A175097

495 P3d 752

Amit K. Kapoor, Judge.

Hamid Michael Hejazi filed the brief *pro se*.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed.

## PER CURIAM

As allowed under ORS 19.205(2), and explained in *Stanwood v. Multnomah County*, 135 Or App 58, 60, 898 P2d 196 (1995), plaintiff appeals an order denying his request for a waiver or deferral of filing fees and sheriff's service fees. Plaintiff's opening brief, however, contains no argument, and we affirm for that reason. *See Smith v. Dept. of Corrections (A170818)*, 314 Or App 1, 496 P3d 1073 (2021) (affirming denial of fee waiver where the appellant's brief contained no pertinent argument).

Affirmed.